No. 12–6910. BROWN *v.* FLORIDA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–6999. BIRDETTE *v.* FIRSTSOURCE ADVANTAGE, LLC, ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–7146. JOHNSON *v.* UNITED STATES;
No. 12–7175. DANIELS *v.* UNITED STATES;
No. 12–7176. WILSON *v.* UNITED STATES;
No. 12–7183. LEE *v.* UNITED STATES;
No. 12–7198. MONROE *v.* UNITED STATES; and
No. 12–7410. HOLMES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions. Reported below: 486 Fed. Appx. 756.

No. 12–7380. MUNOZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7429. SALIM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7464. BROWN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7500. MILLER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7556. LEONARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.